IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY CLAYTON                                                                          PLAINTIFF

v.                               Civil No. 6:10-cv-6073

CIRCUIT JUDGE CHRIS WILLIAMS;
PROSECUTING ATTORNEY RICHARD
GARRETT; PUBLIC DEFENDER GREGORY
CRAIN; PAROLE OFFICER CASSANDRA
ROWLUND; OFFICER JAGAIRAN CROSS;
OFFICER ROWE; and OFFICER LINGO                                                        DEFENDANTS

## ORDER

Larry Clayton, currently an inmate of the Hot Spring County Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. For this reason, **the Clerk is directed to return a copy of the IFP application to him**. Plaintiff is given until **October 15, 2010**, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this court for review and filing or pay the $350 filing fee. **If the Plaintiff fails to return the completed IFP application or pay the $350 filing fee by October 15, 2010, the complaint will become subject to summary dismissal for failure to obey an order of the Court.**

IT IS SO ORDERED this 27th day of September 2010.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 29 2010
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK