IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY CLAYTON                                                              PLAINTIFF

v.                              Case No. 10-6073

CIRCUIT JUDGE CHRIS WILLIAMS;
PROSECUTING ATTORNEY RICHARD
GARRETT; PUBLIC DEFENDER GREGORY
CRAIN; PAROLE OFFICER CASSANDRA
ROWLUND; OFFICER JAGAIRAN CROSS;
OFFICER ROWE and OFFICER LINGO                                             DEFENDANTS

## ORDER

Now on this 6th day of December 2010, there comes on for consideration the report and recommendation filed herein on November 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's IFP application is DENIED, and his Complaint is DISMISSED on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, fail to state claims on which relief can be granted or are not presently cognizable.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).  Plaintiff's

motion seeking to amend his complaint (doc. 6) is DENIED AS MOOT.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)